IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH BRONSON,

    Plaintiff,

v.

    Case No. 18-cv-987-wmc

FEDERAL BUREAU OF PRISONS,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 6/25/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |